Jeffory J. Scharff (State Bar No. 137620)
jscharff@scharff.us
SCHARFF, BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Tel: (916) 446-3400
Fax: (916) 486-7159

Attorneys for Defendant
DAVIS WASTE REMOVAL CO., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>       Plaintiff,<br><br>       vs.<br><br>DAVIS WASTE REMOVAL CO., INC., a corporation,<br><br>       Defendant. | Case No. Civ. 2:10-02079-GEB-JFM<br><br>**STIPULATION RE: EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT AND ORDER** |

On or about November 29, 2010, the parties hereto, by and through their counsel of record, entered into a stipulation granting defendant DAVIS WASTE REMOVAL CO., INC. ("Defendant") a 28-day extension of time to file an answer to the complaint on file herein so that the parties could pursue settlement.

The parties agree that a further extension in Defendant's time to file an answer will further the parties' settlement discussions and will conserve the time and resources of the parties and court.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, by and through their attorneys of record, that, pursuant to Local Rules of the United States District Court, Eastern District of California, rule 144 (a), Defendant shall have a 15-day extension of time from and after December 28, 2010, within which to answer the complaint on file herein.

Stipulation Re: Extension of Time to File Answer

This stipulation does not waive the obligations of the parties to participate in any proceedings as ordered by the Court.

Dated:  December 29, 2010          SCHARFF, BRADY & VINDING


                                   By:   /s/ Jeffory J. Scharff
                                         Jeffory J. Scharff
                                         Attorney for Defendant
                                         Davis Waste Removal Co., Inc.


Dated:  December 29, 2010          LOZEAU DRURY LLP


                                   By:   /s/ Christina M. Caro
                                         (as authorized December 28, 2010)
                                         Michael R. Lozeau
                                         Christina M. Caro
                                         Attorney for Plaintiff
                                         California Sportfishing Protection Alliance

**IT IS SO ORDERED:**

**Date: 1/3/2011**


                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

Stipulation Re: Extension of Time to File Answer