Michael R. Lozeau (State Bar No. 142893)
  michael@lozeaudrury.com
Richard T. Drury (State Bar No. 163559)
  richard@lozeaudrury.com
Christina M. Caro (State Bar No. 250797)
  christina@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE


Jeffory J.Scharff (State Bar No. 137620)
  jscharff@scharff.us
2625 Fair Oaks Blvd., Suite 7
Sacramento, CA 95864
Telephone: 916/485-5700
Facsimile: 916/485-5912

Attorneys for Defendant
DAVIS WASTE REMOVAL CO., INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>DAVIS WASTE REMOVAL CO., INC., a corporation,<br><br>        Defendant. | Case No. Civ-02079-GEB-JFM<br><br>**PARTIES' STIPULATED REQUEST TO EXTEND CASE MANAGEMENT DATES AND ORDER**<br><br>Judge:  Hon. Garland E. Burrell, Jr. |

   Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Davis Waste Removal Co., Inc. ("Davis Waste") submit this Stipulated Request To Extend Case Management Dates and Proposed Order to extend the existing case management deadlines in this matter to permit the Parties to continue pursuing settlement negotiations and, if necessary, complete discovery.

## STIPULATION

WHEREAS, on August 5, 2010, CSPA filed the instant Complaint against Defendant alleging ongoing violations of Sections 301(a) and 402(p) of the Clean Water Act, 33 U.S.C. § 1311(a) and 1342(p), due to discharges of polluted storm water from the Facility in violation of State Water Resources Control Board Water Quality Order No. 97-03-DWQ, National Pollutant Discharge Elimination System General Permit No. CAS000001, Waste Discharge Requirements for Discharges of Storm Water Associated with Industrial Activities Excluding Construction Activities ("General Permit").

WHEREAS, on December 6, 2010, this Court issued its Status (Pretrial Scheduling) Order setting the following case management dates ("Existing Schedule"):

July 5, 2011 – Complete initial expert witness disclosures;

August 4, 2011 – Complete any contradictory and/or rebuttals to expert disclosures

December 21, 2011 – Complete all expert and non-expert discovery;

February 21, 2012 (9:00 a.m.) – last hearing date for motions (not including motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure);

April 9, 2012 - Pretrial Statement due;

April 16, 2012 (1:30 p.m.) - Pretrial Conference;

July 17, 2012 (9:00 a.m.) – Trial.

WHEREAS, the Parties are presently engaged in negotiating an informal settlement of this action.  The Parties conducted an initial site inspection of the Davis Waste facility on August 27, 2010.  On January 5, 2011, CSPA submitted an initial settlement proposal to Davis Waste, setting forth the steps CSPA believes necessary for Davis Waste to comply with the General Permit.  Since that time, the Parties have engaged in telephone conferences to discuss settlement, and on April 18, 2011, CSPA submitted a further settlement proposal to Davis Waste reflecting the mutual settlement terms discussed during the telephone conferences.  The Parties are presently negotiating the final terms of the settlement agreement, and believe that the case should be amenable to informal settlement.

WHEREAS, under the Existing Schedule, the Parties would be required to complete initial expert disclosures by July 5, 2011, rebuttals to expert disclosures by August 4, 2011, and to engage in

and complete all necessary discovery by December 21, 2011, among other case management deadlines, during a time in which the Parties are attempting to negotiate a final settlement of the case. Compliance with these upcoming deadlines would require a significant expenditure of time and resources from the Parties, which expenditure will be unnecessary if the Parties are able to reach a settlement. Additionally, with regard to discovery, additional time would be necessary for CSPA to conduct site inspections of the Davis Waste facility during the October 2011 to February 2012 rainy season.

THEREFORE, GOOD CAUSE APPEARING, the parties hereby stipulate and request that the Court order the following revised case management schedule:

March 30, 2012 – Complete initial expert witness disclosures;

April 30, 2012 – Complete any contradictory and/or rebuttals to expert disclosures;

August 27, 2012 – Complete all expert and non-expert discovery;

September 28, 2012 – last hearing date for motions (not including motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure);

November 18, 2012 - Pretrial Statement due;

November 27, 2012 - Pretrial Conference;

February 25, 2013 – Trial.

The Parties believe this case is amenable to informal settlement. The Parties further believe that this proposed extended case management schedule will conserve the time and resources of both the Parties and the Court, will permit the Parties to continue negotiating an informal resolution of this matter before engaging in a substantial amount of discovery.

To the extent that the Court may not be inclined to grant any dates requested herein, the Parties request that the Court set an expedited Status Conference to otherwise extend case management deadlines.

///

///

///

Respectfully submitted,

Dated: June 27, 2011

                LOZEAU DRURY LLP

By: /s/ Christina M. Caro
      Michael R. Lozeau
      Christina M. Caro
      Attorney for Plaintiff
      California Sportfishing Protection Alliance

JEFFREY J. SCHARFF

By: /s/ Jeffory J. Scharff
      (as authorized June 27, 2011)
      Jeffory J.Scharff
      Attorney for Defendant
      Davis Waste Removal Co., Inc.

**ORDER**

    IT IS SO ORDERED.

**Date: 7/1/2011**

                              GARLAND E. BURRELL, JR.
                              United States District Judge