IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING )
PROTECTION ALLIANCE, a ) 2:10-cv-02079-GEB-JFM
non-profit corporation, )
  )
       Plaintiff, ) <u>ORDER AMENDING THE STATUS</u>
  ) <u>(PRETRIAL SCHEDULING) ORDER</u>
  v. )
  )
DAVIS WASTE REMOVAL CO., INC., )
a corporation, )
  )
       Defendant. )
_____ )

       Pursuant to the parties' Stipulated Request to Extend Case Management Dates filed on February 15, 2012, the Status (Pretrial Scheduling) Order is amended as follows:

       All discovery shall be completed by February 25, 2013; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before September 28, 2012, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before October 29, 2012; the last hearing date for motions shall be March 25, 2013, commencing at 9:00 a.m.; the final pretrial conference is set for May 20, 2013, at 2:30 p.m. in courtroom 10; and trial commences at 9:00 a.m. on August 27, 2013, in courtroom 10.

Dated:  February 16, 2012

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge