IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a
non-profit corporation,

        Plaintiff,

v.

DAVIS WASTE REMOVAL CO., INC.,
a corporation,

        Defendant.

2:10-cv-02079-GEB-JFM

ORDER AMENDING THE STATUS
(PRETRIAL SCHEDULING) ORDER

        Pursuant to the parties' Stipulated Request to Extend Case Management Dates filed on February 15, 2012, the Status (Pretrial Scheduling) Order is amended as follows:

        All discovery shall be completed by February 25, 2013; each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before September 28, 2012, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before October 29, 2012; the last hearing date for motions shall be March 25, 2013, commencing at 9:00 a.m.; the final pretrial conference is set for May 20, 2013, at 2:30 p.m. in courtroom 10; and trial commences at 9:00 a.m. on August 27, 2013, in courtroom 10.

Dated: February 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1