Michael R. Lozeau (State Bar No. 142893)
  michael@lozeaudrury.com
Richard T. Drury (State Bar No. 163559)
  richard@lozeaudrury.com
Christina M. Caro (State Bar No. 250797)
  christina@lozeaudrury.com
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel:  (510) 836-4200
Fax: (510) 836-4205 (fax)

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE


Michael V. Brady, Esq. (State Bar No. 146370)
  mbrady@bradyvinding.com
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile:   (916) 446-7159

Attorneys for Defendant
DAVIS WASTE REMOVAL CO., INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>DAVIS WASTE REMOVAL CO., INC., a corporation,<br><br>            Defendant. | Case No. 2:10-cv-02079-GEB-JFM<br><br>**NOTICE OF SETTLEMENT; STIPULATION AND ORDER STAYING PROCEEDINGS AND VACATING EXISTING DEADLINES; AND ORDER SCHEDULING STATUS REPORT AND HEARING IN SHOULD A PROPOSED CONSENT DECREE NOT BE FILED**<br><br>Judge:  Hon. Garland E. Burrell, Jr. |

1   **PLEASE TAKE NOTICE** that the parties have reached a settlement resolving all claims in this action. The settlement is contingent upon the expiration of the federal agencies' 45-day review period required by the Federal Water Pollution Control Act, 33 U.S.C. § 1365(c)(2).[1]

**PLEASE TAKE FURTHER NOTICE** that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). Such notice will be mailed to the agencies on or about March 7, 2012. The regulatory agencies' review period will end by approximately April 30, 2012 (allowing forty-five days for agency review and approximately nine days for mailing time). If any of the reviewing agencies object to the proposed Consent Decree, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns. At the end of the 45-day review period, the parties will file either the proposed Consent Decree for review and approval by the Court or a notice that the agencies objected to the proposed Consent Decree.

In light of the settlement agreement entered into by the parties and the need to await the conclusion of the agencies' 45-day review period, Plaintiff California Sportfishing Protection Alliance ("CSPA") and Defendant Davis Waste Removal Co., Inc. ("Davis Waste Removal"), through their respective counsel, stipulate and agree as follows:

**WHEREAS**, on August 5, 2010, CSPA filed its complaint in this action;

**WHEREAS**, pursuant to the Court's February 16, 2012 Order Amending the Status (Pretrial Scheduling) Order, the following actions are currently scheduled in this matter: all discovery is due by February 25, 2013; initial expert witness disclosure requirements on or before September 28, 2012, and any contradictory and/or rebuttal expert disclosure on or before October 29, 2012; last hearing date for motions set for March 25, 2013 at 9:00 a.m; Final Pretrial Conference set for May 20, 2013 at 2:30 p.m; Trial set for August 27, 2013 at 9:00 a.m. in Courtroom 10 before Judge Garland E. Burrell Jr.

---

[1] Title 33 of the United States Code, Section 1365(c)(2) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a

**WHEREAS**, Davis Waste Removal and CSPA have been diligently engaged in settlement discussions the filing of the complaint;

**WHEREAS**, the parties successfully completed and executed a proposed Consent Decree on March 5, 2012;

**WHEREAS**, on March 6, 2012, CSPA will submit the proposed Consent Decree via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and must then await the completion of the 45-day review period set forth at 40 C.F.R. § 135.5 and 33 U.S.C. § 1365(c)(2);

**WHEREAS**, in the interests of efficiency and judicial economy, the parties wish to preserve costs incurred in this matter pending the agencies review of the executed settlement agreement;

**WHEREAS**, in light of the parties' entering into the settlement agreement and the need to allow the federal agencies 45 days to review the proposed Consent Decree, the parties further request that the Court immediately stay all proceedings in this action until May 18, 2012, by which date the parties expect to have filed the proposed Consent Decree with the Court.  The parties further request that all deadlines and dates currently scheduled by the Court be vacated.

**THEREFORE, IT IS HEREBY STIPULATED** by and between CSPA and Davis Waste Removal, through their respective counsel of record, that the Court stay all proceedings in this action until May 18, 2012 and, with the exception of this Stipulation, vacate all deadlines and dates currently scheduled by the Court.

Respectfully submitted,

Dated: March 7, 2012

                                     LOZEAU DRURY LLP

                                     By:   /s/   Michael R. Lozeau
                                              Michael R. Lozeau
                                              Christina M. Caro
                                              Attorney for Plaintiff
                                              California Sportfishing Protection Alliance

copy of the proposed consent judgment by the Attorney General and the Administrator."

BRADY & VINDING

By: /s/  Michael V. Brady

    (as authorized March 7, 2012)
Michael V. Brady
Attorney for Defendant
Davis Waste Removal Co., Inc.

    PURSUANT TO STIPULATION, IT IS SO ORDERED.  FURTHER, IF A PROPOSED CONSENT DECREE IS NOT FILED BY MAY 18, 2012, A JOINT STATUS REPORT SHALL BE FILED NO LATER THAN MAY 18, 2012, AND A STATUS HEARING IS SCHEDULED TO COMMENCE AT 9:00 A.M. ON JUNE 11, 2012.

**Date:  3/8/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge